Jeffery A. Garofalo (Bar No. 7345)
E-mail: jeff.garogalo@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
10000 W. Charleston Blvd., Suite 140
Las Vegas, NV 89135
Telephone: 702.216.2684
Facsimile: 619.788.5500

Lisel M. Ferguson (Bar No. 207637/Pro Hac Vice)
E-mail: lisel.ferguson@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff,
UPMANN SANCHEZ TURF AND LANDSCAPE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UPMANN SANCHEZ TURF AND LANDSCAPE, dba US Turf<br><br>Plaintiff,<br><br>v.<br><br>US TURF LLC, dba Serenity Landscaping<br><br>Defendant.<br><br>US TURF LLC,<br><br>Counterclaimant,<br><br>v.<br><br>UPMANN SANCHEZ TURF AND LANDSCAPE, INC.<br><br>Counter-Defendant. | Case No. 2:21-cv-01749-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AN ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S ANSWER AND COUNTERCLAIMS**<br><br>**(First Request)** |

1

127965-00LIT001/5559462.3

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff/Counter-Defendant UPMANN SANCHEZ TURF AND LANDSCAPE, INC. ("Plaintiff") and Defendant/Counterclaimant US TURF LLC ("Defendant") hereby stipulate and agree as follows:

1. On September 22, 2021 Plaintiff filed a Complaint with the U.S. District Court, District of Nevada, bearing Case No. 2:21-cv-01749-JCM-DJA;

2. On October 12, 2021 Defendant was served with the Summons and Complaint;

3. On November 2, 2021 Defendant timely filed its Answer and Counterclaims;

4. The parties are engaged in discussions related to the allegations of the Compliant and Counterclaims and jointly request an extension of the Plaintiff's deadline to file any motion and response to Defendant's Answer and Counterclaims, including a Motion to Strike or Dismiss pursuant to Federal Rules of Civil Procedure 12(b) and/or (f);

5. Therefore, the Parties stipulate and agree that the Plaintiff shall have until December 7, 2021 to file any Motion and response to Defendant's Answer and Counterclaims;

6. This is the first request for any extension of time relating to the pleadings in this case;

///
///
///
///
///
///
///

In view of the foregoing, good cause supports this stipulation and the Parties jointly request that the Court extend Plaintiff's deadline to file an Answer or otherwise respond to Defendant's Answer and Counterclaims to December 7, 2021.

Respectfully submitted,

DATED: November 22, 2021         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

                                 By:  /s/ Jeffery A. Garofalo
                                      Jeffery A. Garofalo
                                      Lisel M. Ferguson
                                      Attorneys for Plaintiff
                                      Upmann Sanchez Turf and Landscape

DATED: November 22, 2021         GILE LAW GROUP LTD.

                                 By:  /s/ Ryan Gile
                                      Ryan Gile
                                      Attorney for Defendant
                                      US TURF, LLC

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2021

127965-00LIT001/5559462.3