Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant/Counterclaimant US TURF, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UPMANN SANCHEZ TURF AND LANDSCAPE, INC., dba US Turf,<br><br>Plaintiff,<br><br>v.<br><br>US TURF, LLC, dba Serenity Landscaping,<br><br>Defendant.<br><br>US TURF, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>UPMANN SANCHEZ TURF AND LANDSCAPE, INC.,<br><br>Counter-Defendant. | Case No. 2:21-cv-01749-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF UPMANN SANCHEZ TURF AND LANDSCAPE'S MOTION TO DISMISS AND STRIKE DEFENDANT'S COUNTERCLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(b)(6) AND 12(f)   (ECF NO. 15)**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff/Counter-Defendant UPMANN SANCHEZ TURF AND LANDSCAPE, INC. ("Plaintiff") and Defendant/Counterclaimant US TURF LLC ("Defendant") hereby stipulate and agree to an extension of time for Defendant to file its response to Plaintiff's Motion to Dismiss and Strike Defendant's Counterclaims Pursuant to FRCP 12(b)(6) and 12(f) (ECF No. 15) (the "Motion to Dismiss") from the current deadline of December 21, 2021, to January 7, 2022.  This is the first request by the parties for such an extension.

Counsel for the parties already met and conferred on December 8, 2021, in accordance with FRCP 26(f) and have already submitted to the Court a proposed discovery plan and scheduling

order (ECF No. 16).  Defendant's request for additional time to respond to the Motion to Dismiss is to accommodate Defendant's counsel's preexisting foreign vacation plans from December 12th through December 19th along with the expected normal disruptions of the holiday season. Accordingly, such extension is for good cause and not for purposes of delay.

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's deadline to file its response to Plaintiff's Motion to Dismiss and Strike Defendant's Counterclaims Pursuant to FRCP 12(b)(6) and 12(f) (ECF No. 15) shall be extended to January 7, 2022.

DATED: December 10, 2021

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** | **GILE LAW GROUP LTD.** |
| */s/Lisel Ferguson* <br> Jeffery A. Garofalo (Bar No. 7345) <br> E-mail: jeff.garogalo@procopio.com <br> 10000 W. Charleston Blvd., Suite 140 <br> Las Vegas, NV 89135 <br> Telephone: 702.216.2684 <br><br> Lisel M. Ferguson (Pro Hac Vice) <br> E-mail: lisel.ferguson@procopio.com <br> PROCOPIO, CORY, HARGREAVES & SAVITCH LLP <br> 525 B Street, Suite 2200 <br> San Diego, CA 92101 <br> Telephone: 619.238.1900 <br><br> *Attorneys for Plaintiff Upmann Sanchez Turf and Landscape* | */s/ Ryan Gile* <br> Ryan Gile, Esq. <br> Nevada Bar No. 8807 <br> *rg@gilelawgroup.com* <br> 1180 N. Town Center Drive, Suite 100 <br> Las Vegas, Nevada 89144 <br> Tel. (702) 703-7288 <br><br> *Attorney for Defendant/Counterclaimant US TURF LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 13, 2021

GLG-30499

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Ryan Gile
Employee, Gile Law Group Ltd.

GLG-30499

3