Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant/Counterclaimant US TURF, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UPMANN SANCHEZ TURF AND LANDSCAPE, INC., dba US Turf,<br><br>Plaintiff,<br><br>v.<br><br>US TURF, LLC, dba Serenity Landscaping,<br><br>Defendant.<br><br>US TURF, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>UPMANN SANCHEZ TURF AND LANDSCAPE, INC.<br><br>Counter-Defendant. | Case No. 2:21-cv-01749-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant UPMANN SANCHEZ TURF AND LANDSCAPE, INC., ("Plaintiff") and Defendant/Counterclaimant US TURF, LLC ("Defendant"), by and through their counsel of record, hereby respectfully submit this Stipulation and Order for Extension of Discovery Deadlines in this case. This is the first request to extend discovery deadlines in this matter and seeks a ninety (90) day extension of all current discovery deadlines.

**FACTUAL BACKGROUND**

Plaintiff filed the Complaint in this case on September 22, 2021 (ECF No. 1) and Defendants filed their Answer and Counterclaims on November 2, 2021 (ECF No. 11).

Plaintiff filed a Motion to Dismiss or Strike Defendant's Counterclaims on December 7, 2021 (ECF No. 15). Defendant filed its Opposition to Plaintiff's Motion on January 7, 2022 (ECF No. 20) and Plaintiff's filed its Reply on January 13, 2022 (ECF No. 21).

On December 10, 2021, the Court entered a Discovery Plan and Scheduling Order (ECF No. 18), which set the close of discovery on May 2, 2022.

## COMPLETED DISCOVERY

The parties made the required initial disclosures under Rule 26 on December 22, 2021. On December 24, 2021, Defendant served its first set of discovery requests on Plaintiff to which Plaintiff, after requesting a three week extension of time, served responses on February 14, 2022. The parties have scheduled a meet and confer to discuss Plaintiff's responses. On February 15, 2022, Plaintiff served its first set of discovery requests on Defendant. Responses are presently due March 17, 2022.

## REMAINING DISCOVERY

The parties are still in the early phases of discovery. Plaintiff only recently served discovery requests on Defendant. Moreover, the parties intend to meet and confer regarding Plaintiff's responses to Defendant's first set of discovery requests and anticipate that either Plaintiff will be supplementing its responses or Defendant will be seeking relief from the Court in the form of a motion to compel.

In addition, some documents to be produced by the parties are confidential, and so the parties plan to work together to submit a proposed stipulated protective order for the Court's approval. Meanwhile, the parties also anticipate taking party depositions.

## GOOD CAUSE TO EXTEND DISCOVERY

The parties have been diligent in conducting discovery in this matter so far and remain diligent in doing so. Plaintiff was delayed by the holidays in producing responses to Defendant's discovery and in serving discovery requests on the Defendant. Both parties have also been hindered in their document production by the lack of a protective order in place, which the parties plan to address in due course by submitting a proposed stipulated protective order for the Court's approval.

GLG-30525     2

In order to allow the parties more time to complete discovery, the Parties have stipulated and agreed to extend all discovery deadlines by ninety (90) days as set forth below[1]. For these reasons, this Stipulation is made for good cause and not for purposes of delay.

- **Discovery Cutoff Date: August 1, 2022**
- **Expert Disclosures: June 2, 2022**
- **Rebuttal Expert Disclosures: July 5, 2022**
- **Dispositive Motions: August 31, 2022**
- **Pretrial Order: September 30, 2022.** This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Where the revised deadline falls on a weekend, the revised deadline is the next court day.

GLG-30525

3

DATED: February 22, 2022

**IT IS SO AGREED AND STIPULATED:**

| **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** | **GILE LAW GROUP LTD.** |
|---|---|
| */s/Lisel Ferguson* <br> Lisel M. Ferguson (Pro Hac Vice) <br> E-mail: lisel.ferguson@procopio.com <br><br> 525 B Street, Suite 2200 <br> San Diego, CA 92101 <br> Telephone: 619.238.1900 <br><br> Jeffery A. Garofalo (Bar No. 7345) <br> E-mail: jeff.garogalo@procopio.com <br> 10000 W. Charleston Blvd., Suite 140 <br> Las Vegas, NV 89135 <br> Telephone: 702.216.2684 <br><br> *Attorneys for Plaintiff/Counter-Defendant Upmann Sanchez Turf and Landscape* | */s/ Ryan Gile* <br> Ryan Gile, Esq. <br> Nevada Bar No. 8807 <br> *rg@gilelawgroup.com* <br> 1180 N. Town Center Drive, Suite 100 <br> Las Vegas, Nevada 89144 <br> Tel. (702) 703-7288 <br><br> *Attorneys for Defendant/Counterclaimant US TURF LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated:

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

                                  */s/ Ryan Gile*
                                  Employee, Gile Law Group Ltd.

**Gile Law Group**
1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144

GLG-30525

5