Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant/Counterclaimant US TURF, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UPMANN SANCHEZ TURF AND LANDSCAPE, INC., dba US Turf,<br><br>Plaintiff,<br><br>v.<br><br>US TURF, LLC, dba Serenity Landscaping,<br><br>Defendant. | Case No. 2:21-cv-01749-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF UPMANN SANCHEZ TURF AND LANDSCAPE'S OPPOSITION TO US TURF LLC'S MOTION TO STRIKE (ECF NO. 35)** |
| US TURF, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>UPMANN SANCHEZ TURF AND LANDSCAPE, INC.,<br><br>Counter-Defendant. | (First Request) |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff/Counter-Defendant UPMANN SANCHEZ TURF AND LANDSCAPE, INC. ("Plaintiff") and Defendant/Counterclaimant US TURF LLC ("Defendant") hereby stipulate and agree to an extension of time for Defendant to file its response to Plaintiff's Opposition to Defendant's Motion to Strike (ECF No. 35) (Plaintiff's Opposition) from the current deadline of November 28, 2022, to December 5, 2022.  This is the first request by the parties for such an extension.

Defendant's request for additional time to respond to Plaintiff's Opposition is to accommodate the upcoming Thanksgiving holiday along with the expected normal disruptions of the holiday season.  Accordingly, such extension is for good cause and not for purposes of delay.

GLG-30684                                                      1

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's deadline to file its response to Plaintiff's Opposition to Defendant's Motion to Strike (ECF No. 35) shall be extended to December 5, 2022.

DATED: November 21, 2022

**IT IS SO AGREED AND STIPULATED:**

| **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** | **GILE LAW GROUP LTD.** |
|---|---|
| */s/ Tiffany Salayer*<br>Jeffery A. Garofalo (Bar No. 7345)<br>E-mail: jeff.garogalo@procopio.com<br>10000 W. Charleston Blvd., Suite 140<br>Las Vegas, NV 89135<br>Telephone: 702.216.2684<br><br>Tiffany Salayer (Pro Hac Vice)<br>E-mail: Tiffany.Salayer@procopio.com<br>Lisel M. Ferguson (Pro Hac Vice)<br>E-mail: lisel.ferguson@procopio.com<br>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>Telephone: 619.238.1900<br><br>*Attorneys for Plaintiff Upmann Sanchez Turf and Landscape* | */s/ Ryan Gile*<br>Ryan Gile, Esq.<br>Nevada Bar No. 8807<br>rg@gilelawgroup.com<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Tel. (702) 703-7288<br><br>*Attorney for Defendant/Counterclaimant US TURF LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: November 23, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

*/s/ Ryan Gile*
Employee, Gile Law Group Ltd.

GLG-30684

3